IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIO CESAR RODRIGUEZ, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-10-352-JHP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## **JUDGMENT**

This matter came before the Court for consideration of defendant's motion to vacate, set aside, or correct sentence, pursuant to 18 U.S.C. § 2255. The issues having been duly considered and a decision having been rendered in accordance with the Order simultaneously filed herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for Respondent, United States of America, and against Petitioner, Julio Cesar Rodriguez, on his challenge to the legality of his sentence.

IT IS SO ORDERED this  26th  day of January, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma